UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDEEP SINGH,<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, DIRECTOR, USCIS, et al.,<br><br>Defendants. | No. 2:23-cv-00297-JAM-AC<br><br><br>ORDER |

On July 17, 2023 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 6. Plaintiff has not filed objections to the findings and recommendations as of August 16, 2023.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 17, 2023, are **ADOPTED** in full; and

2. This action is **DISMISSED**, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

Dated: September 01, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE